DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**D.M.,** the father,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and
**STATEWIDE GUARDIAN AD LITEM OFFICE,**

Appellees.

No. 4D2025-1773

[November 7, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Alberto Ribas, Jr., Judge; L.T. Case No. 24-000575DP.

Albert W. Guffanti of Albert W. Guffanti, P.A., Miami, for appellant.

Karla Perkins, Miami, for appellee Department of Children and Families.

Sara E. Goldfarb, Statewide Director of Appeals, and Mercy Almaguer, Senior Attorney, Appellate Division, Statewide Guardian Ad Litem Office, Tallahassee, for appellee Statewide Guardian Ad Litem Office.

PER CURIAM.

*Affirmed.*

MAY, GERBER and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***